UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>AMY M. SPALT,<br><br>        Debtor. | Chapter 13<br>Case No. 22-11028- (CJP) |

**NOTICE OF HIGHER OFFER**

Pursuant to, and in accordance with, the debtor Amy M. Spalt's (the "Debtor") Notice of Sale [ECF No. 32] (the "Notice"), interested party Rick Truscello ("Mr. Truscello") hereby offers **$905,000.00** to purchase the 144 Moraine Street, Marshfield, MA 02050 property (the "Property"), on the same terms and conditions provided for in the Offer to Purchase and Contract attached to the Motion to Sell, subject to the entry of an order by the United States Bankruptcy Court approving such sale.

The foregoing offer is an all-cash offer with no contingencies. Mr. Truscello has provided a deposit to counsel for the Debtor in the amount of $10,000.00 pursuant to the terms of the Notice. Mr. Truscello is prepared to close on the Property on or before August 31, 2022 or the date set by the Court following the entry of an order approving the sale of the Property.

Mr. Trucello is the father of the Debtor, Amy M. Spalt.

Dated: August 24, 2022

Respectfully Submitted

/s/ *Christopher Marks*
Thomas H. Curran, BBO # 550759
tcurran@curranantonelli.com
Christopher Marks, BBO# 705612
cmarks@curranantonelli.com
Curran Antonelli, LLP
Ten Post Office Square, Suite 800 South
Boston, MA 02109
Telephone: (617) 207-8670

**CERTIFICATE OF SERVICE**

I, Christopher Marks, hereby certify that on this 24th day of August, 2022, a copy of the foregoing was filed electronically. Notice of this will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Christopher Marks*
Christopher Marks

# EXHIBIT A

## HIGHER OFFER TO PURCHASE

I, Rick Truscello, hereby submit a Higher Offer of $905,000.00 to purchase the property located at 144 Moraine Street, Marshfield, MA 02050 property (the "Property"). This offer is all cash without any contingencies and is subject only to approval by the Bankruptcy Court.

I have provided a $10,000.00 deposit to counsel for the debtor Amy M. Spalt. I am prepared to close on the Property as soon as one (1) business day after the Bankruptcy Court enters an order approving the sale of the Property.

[Signature Page to Follow]

Dated: August 24, 2022,

*[signature: Rick Truscello]*

Rick Truscello
47 Buttercup Lane
Hanover, MA 02339

2