UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 13 |
| AMY M. SPALT, | ) Case No. 22-11028- (CJP) |
| | ) |
| Debtor. | ) |
| | ) |

### SEALED BID OF RICK TRUSCELLO

Pursuant to, and in accordance with, the Court's *Supplemental Order Regarding Sealed Bid Procedures* [ECF No. 54], interested party Rick Truscello ("Mr. Truscello") hereby submits his last and final offer of **$916,000.00** to purchase the 144 Moraine Street, Marshfield, MA 02050 property (the "Property"). This offer is on the same terms and conditions provided for in the Offer to Purchase and Contract attached to the Motion to Sell [ECF No. 23], with the following exceptions: (i) the debtor Amy M. Spalt (the "Debtor") will not be required to vacate the Property; (ii) Mr. Truscello's offer is not subject to any financing contingencies; (iii) Mr. Truscello's offer is not subject to any contingencies related to the sale of other property; and (iv) this offer is subject to the entry of an order by the United States Bankruptcy Court approving such sale.

Respectfully Submitted,

RICK TRUSCELLO

By his attorneys,

/s/ *Christopher Marks*
Thomas H. Curran, BBO # 550759
tcurran@curranantonelli.com
Christopher Marks, BBO# 705612
cmarks@curranantonelli.com
Curran Antonelli, LLP
Ten Post Office Square, Suite 800 South
Boston, MA 02109
Telephone: (617) 207-8670

Dated: August 25, 2022